BARNEY E. OLDFIELD, Appellant, v. UNITED STATES FIRE INSURANCE COMPANY, Respondent.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of RACHEL JEFFRY, Respondent, v. GLADSTONE WALCOTT, Appellant. — Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES L. KAHLER, Respondent, v. PETER KAHLER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

PYRAMID PLAYING CARD Co., INC., Respondent, v. JOSEPH A. HOLLAND and Another, Appellants.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FANNIE LEVY, Respondent, v. AMERICAN SAFETY RAZOR CORPORATION, Defendant, Impleaded with GEM CUTLERY Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LOUIS RINDER, Appellant, v. FAIR PRICE POULTRY COMPANY, Respondent, Impleaded with Another, Defendant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ERNEST E. NICKEL, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

TUTTLE-BURGER COAL COMPANY, INC., Respondent, v. DAVID P. BURNS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARY A. WILSON, Appellant, v. KNICKERBOCKER HOSPITAL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES A. J. QUECK-BERNER, Respondent, v. V. EVERITT MACY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $3,669.86; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Clarke, P. J., dissenting and voting for reversal.